IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS, #05711-068**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 5:07-cv-226-DCB-MTP**

**UNKNOWN WILLIAMS, CONSTANCE REESE,
UNKNOWN HOLSTON, UNKNOWN CMC,
EDEN WHITE, CHRISTOPHER CURRY,
GERALD BRATCHER AND MILDRED GREER**  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  30th  day of April, 2008.

                              s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE